UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**DONALD RONALD REIF,**

        Plaintiff,

        Case No. 3:13-cv-2052-ST

    v.        **JUDGMENT**

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**

        Defendant.

_____

    Based on the record, the Commissioner's decision is REVERSED and REMANDED pursuant to sentence four of 42 USC § 405(g) for an award of benefits.

    DATED this 5th day of March, 2015.

        s/ Janice M. Stewart_____
        Janice M. Stewart
        United States Magistrate Judge