Sara L. Gabin, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Douglas Ronald Reif

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS RONALD REIF | Case No. 3:13-cv-02052-ST |
| Plaintiff, | ORDER FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| V. | |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based on the stipulation of the parties and good cause shown, plaintiff is awarded Equal Access to Justice (EAJA) fees in the amount of $7,033.41.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the order that plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, requirements of the Anti-Assignment Act are waived, and the EAJA fees will be made payable to plaintiff's attorney, and delivered to her at 14523 Westlake Drive, Lake Oswego, OR 97035.

/ / /

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

However, it is further ordered that if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED this 7th day of May, 2015

*signature*
JANICE M. STEWART
US DISTRICT COURT JUDGE

APPROVED AS TO FORM:

/s/ SARA L. GABIN
SARA L. GABIN, OSB #812345
Attorney for Plaintiff


/s/ GERALD HLL
GERALD HILL
Assistant Regional Counsel

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)