**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Douglas Ronald Reif

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOUGLAS RONALD REIF | Case No. 3:13-cv-02052-ST |
| Plaintiff, | ORDER FOR AN AWARD OF ATTORNEY FEES PURSUNT TO 42 USC §406 (b)) |
| v. | |
| CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based plaintiff's motion and supporting Memorandum, and considering that defendant finds plaintiff's request reasonable,

IT IS HEREBY ORDERED that attorney fees pursuant to 42 USC §406 (b) are awarded to SARA L. GABIN, P.C., Attorney at Law, plaintiff's counsel, for $19,033.40, and, after subtraction of EAJA fees for $7033.40 that have been remitted to counsel, in the net amount of $12,000.

/ / /

/ / /

/ / /

It is further ordered that net 42 USC §406 (b) fees in the amount of $12,000 will be made payable to plaintiff's attorney, and delivered to her at 14523 Westlake Drive, Lake Oswego, OR 97035.

IT IS SO ORDERED this 24th day of June. 2015

_____
JANICE M. STEWART
US DISTRICT COURT JUDGE

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
42 USC §406 (b)